```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12091
   PABLO TERAN
   IRMA D TERAN                                 CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-7784    SSN XXX-XX-9234

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG    22321.90         .00     22321.90
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE    22496.94         .00      1764.73
HOMEQ SERVICNG CORPORATI  NOTICE ONLY    NOT FILED          .00          .00
NATIONWIDE ACCEPTANCE~    SECURED VEHIC     7444.83      447.25      1335.19
CAPITAL ONE               UNSEC W/INTER      103.92         .00          .00
COMCAST                   UNSEC W/INTER  NOT FILED          .00          .00
GERARDO TERAN             NOTICE ONLY    NOT FILED          .00          .00
NATIONWIDE ACCEPTANCE~    UNSEC W/INTER  NOT FILED          .00          .00
TIMOTHY K LIOU            DEBTOR ATTY        709.40                    709.40
TOM VAUGHN                TRUSTEE                                    2,033.53
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               28,612.00

PRIORITY                                         .00
SECURED                                    25,421.82
   INTEREST                                   447.25
UNSECURED                                        .00
ADMINISTRATIVE                                709.40
TRUSTEE COMPENSATION                        2,033.53
DEBTOR REFUND                                    .00
                      --------------     --------------
TOTALS                28,612.00            28,612.00




            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 12091 PABLO TERAN & IRMA D TERAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/22/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```